Dismissed and Memorandum Opinion filed June 12, 2008








Dismissed
and Memorandum Opinion filed June 12, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00185-CV

______________

 

HUBCO, INC., Appellant

 

V.

 

GREG HALL, AS INDEPENDENT EXECUTOR 

OF THE ESTATE OF PRESTON L. HALL, Appellee

 



 

On Appeal from the
215th District Court

Harris County,
Texas

Trial Court Cause
No. 2002-55739

 



 

M E M O R
A N D U M   O P I N I O N








The
clerk=s record in this appeal was filed
April 14, 2008.  The record reflects that this is an appeal from a judgment
signed February 6, 2008.  The record contains a notice of appeal filed March 8,
2008.  The notice of appeal is defective.  Specifically, the notice of appeal
contains no signature.  See Tex.
R. App. P. 9.1 (requiring all documents filed with the court to be
signed by the party or the party=s attorney, if represented by
counsel).  Therefore, the court ordered appellant to file an amended notice of
appeal to correct the defect on or before May 12, 2008.  See Tex. R. App. P. 25.1(f).  Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June
12, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.